# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PEREZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | Case No. 18-cv-2569-BAS-JLB <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> **[ECF No. 11]** |

Presently before the Court is Plaintiff William Perez Jr. and Defendant Bank of America Corporation's Joint Motion to Dismiss. (ECF No. 11.) The Parties move to dismiss the entire action with prejudice as to named Plaintiff Perez and without prejudice as to the putative class. Good cause appearing, the Court **GRANTS** the Joint Motion. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

**DATED: April 15, 2019**

Hon. Cynthia Bashant
United States District Judge